AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

DAMIEN J. LEWIS
DOB:
PDID
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **JUNE 21, 2006** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant did, (Track Statutory Language of Offense)

willfully and knowingly, and with the intent to extort the sum of fourteen hundred dollars from Franklin Holmes, did transmit in interstate commerce from the District of Columbia to the State of Virginia, telephone communications to Franklin Holmes, which telephone communications contained threats that Damien Lewis would injure the person of Franklin Holmes and force Marquita Holmes to engage in prostitution.

in violation of Title **18** United States Code, Section(s) **875(b)**.

I further state that I am **SPECIAL AGENT TIMOTHY PAK**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**SPECIAL AGENT TIMOTHY PAK**
**FEDERAL BUREAU OF INVESTIGATION**

Sworn to before me and subscribed in my presence,

at **Washington, D.C.**
City and State

Date

Name & Title of Judicial Officer

Signature of Judicial Officer