## STATEMENT OF FACTS

On June 21, 2006 Franklin Holmes reported to police in Manassas, Virginia that he had received telephone calls in Manassas, Virginia from his daughter, Marquita Holmes during which the defendant, DAMIEN LEWIS, demanded that Franklin Holmes send him $1400 by Western Union and threatened to harm him and Marquita Holmes.

Subsequent investigation revealed that on June 18 and June 19, 2006, Marquita Holmes telephoned Franklin Holmes in Manassas, Virginia and asked him for money. During one such telephone call she told him that she was with the defendant in the same place that she had been with him before. According to Franklin Holmes, after Marquita Holmes filed a domestic violence complaint against the defendant in Fairfax County, Virginia, she was taken by the defendant on May 10, 2006 to a location that she described as being being in the Barry Farms apartment complex in Washington, D.C. Investigation has revealed that domestic assault and battery charges were filed against the defendant in Fairfax County, Virginia on April 1, 2006.

On June 21, 2006, Marquita Holmes placed telephone calls to Franklin Holmes in Manassas, Virginia during which the defendant came on the line and demanded that Franklin Holmes send him $1400 by Western Union. In one telephone call at approximately 8:40 p.m., after Marquita Holmes telephoned Franklin Holmes, the defendant came on the line and told Franklin Holmes that if he did not pay the defendant $1400, the defendant would send his soldiers to kill Franklin Holmes and his family and blow up his house. The defendant further stated in the telephone call that unless the money was paid to him he would force Marquita Holmes to engage in prostitution.

On June 22, 2006, the defendant was arrested in the District of Columbia by agents of the Federal Bureau of Investigation. After his arrest, the defendant waived his Miranda rights and admitted that he told Franklin Holmes in a telephone conversation on June 21, 2006 that unless Franklin Holmes paid him $1400 he would send his "buddies" to Franklin Holmes' house with guns and also would "sell Marquita's    . that is make her engage in prostitution. The defendant further admitted that he had been staying at          S.E. in the District of Columbia for the past week or two and that Marquita Holmes had been with him at that location since Sunday, June 18, 2006. She was located at that address by federal agents on June 22, 2006.

TIMOTHY S. PAK
Special Agent, Federal Bureau of Investigation
Badge Number 19126

Subscribed and sworn to me this _____ day of June 2006

U.S. MAGISTRATE JUDGE