UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

v.

DAMIEN LEWIS,

Defendant.

Magistrate No. 06-294
DAR

### SUPPLEMENTAL ORDER OF DETENTION

Upon consideration of the unopposed motion of counsel for the government made on the record at the consolidated preliminary hearing/detention hearing conducted on this date, it is

**ORDERED** that Defendant shall not contact Ms. Marquita Holmes, Mr. Franklin Holmes, or any other member of the Holmes family, by telephone, U.S. mail, electronic mail, or any other form of communication; and it is

**FURTHER ORDERED** that Defendant shall not direct any other person, or solicit or encourage any other person, to contact Ms. Marquita Holmes, Mr. Franklin Holmes, or any other member of the Holmes family, by telephone, U.S. mail, electronic mail, or any other form of communication.

July 5, 2006

/s/
DEBORAH A. ROBINSON
United States Magistrate Judge